# Order

Michigan Supreme Court
Lansing, Michigan

September 27, 2010

141019

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

AMANDA JANE BEAN,
      Defendant-Appellant.

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway
Alton Thomas Davis,
Justices

SC: 141019
COA: 296369
Oakland CC: 2009-228128-FH

_____/

On order of the Court, the application for leave to appeal the March 12, 2010 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.

Davis, J., not participating. I recuse myself and am not participating because I was on the Court of Appeals panel in this case. See MCR 2.003(B).



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 27, 2010

_____

Clerk

y0920